IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00936-MSK-BNB

ISSAC KALULE,

      Petitioner,

v.

DOUGLAS MAURER, Acting District Director, United States Immigration and Customs
Enforcement,

      Respondent.

---

## ORDER SETTING HEARING AND DIRECTING RESPONSE

---

**THIS MATTER** comes before the Court pursuant to the Petitioner's Petitioner for

Issuance of an Emergency Temporary Restraining Order **(# 2)**.

The Respondent shall file a Return to the Petition on or before **Friday, May 26, 2006**.

The Court will conduct a <u>non-evidentiary</u> hearing on **Tuesday, May 23, 2006** at **10:00**

**a.m.** for the purpose of determining whether an evidentiary hearing is necessary.  At the hearing,

counsel shall be familiar with and prepared to address generallly all issues presented in the Petition

and request for Temporary Restraining Order, and shall be specifically prepared to address the

following issues:

    1.    Whether a stay of deportation must be sought from United
States Court of Appeals for the 10th Circuit and the Board
of Immigration Appeals where appeals are currently
pending?

    2.    Whether an alleged violation of 8 C.F.R. § 208.6 in the
circumstances presented here gives rise to a independent

claim for violation of Due Process, or whether the matter is simply a basis for seeking to reopen the asylum adjudication and/or appeal any such denial of reopening to the Court of Appeals?

3.      If an alleged violation of 8 C.F.R. § 208.6 gives rise to an independent claim for violation of Due Process, what is the appropriate forum for adjudication of such a claim?

Dated this 19th day of May, 2006

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge