IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00936-MSK-BNB

ISSAC KALULE,

       Petitioner,

v.

DOUGLAS MAURER, Acting District Director, United States Immigration and Customs Enforcement,

       Respondent.

_____

### ORDER GRANTING MOTION TO RESET HEARING
_____

       **THIS MATTER** comes before the Court pursuant to the parties' Unopposed Motion to Vacate and Reset Hearing **(# 5)**. The Motion is **GRANTED**. The hearing set for May 23, 2006 is **VACATED** and **RESET** to **2:00 p.m.** on **Wednesday, May 24, 2006**.

       Dated this 22d day of May, 2006

                                          **BY THE COURT:**

                                          *[signature: Marcia S. Krieger]*

                                          Marcia S. Krieger
                                          United States District Judge